**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| QUXUZ LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WEEBLY, INC.,<br><br>　　　　Defendants. | CASE NO.: 2:13-CV-816<br><br><br><br>**DEMAND FOR JURY TRIAL** |

### NOTICE OF VOLUNTARY DISMISSAL

The plaintiff, Quxuz LLC, hereby notifies the Court, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), that it is dismissing all claims in this action, with prejudice, against defendant, Weebly, Inc., a party that has not yet served an answer or motion for summary judgment.

Dated:  January 3, 2014　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　By:  /s/ Andrew W. Spangler
　　　　　　　　　　　　　　　　　　　　　　Andrew W. Spangler
　　　　　　　　　　　　　　　　　　　　　　State Bar No. 24941960
　　　　　　　　　　　　　　　　　　　　　　spangler@spanglerlawpc.com
　　　　　　　　　　　　　　　　　　　　　　Spangler Law P.C.
　　　　　　　　　　　　　　　　　　　　　　208 N. Green St., Suite 300
　　　　　　　　　　　　　　　　　　　　　　Longview, TX  75601
　　　　　　　　　　　　　　　　　　　　　　Bus:  (903) 753-9300
　　　　　　　　　　　　　　　　　　　　　　Fax:  (903) 553-0403


### CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

January 3, 2014　　　　　　　　　　　　　/s/Andrew W. Spangler
　　　　　　　　　　　　　　　　　　　　　Andrew W. Spangler